BRIAN M. BOYNTON, Principal Deputy Assistant Attorney General
BURDEN H. WALKER, Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM, Director
LISA K. HSIAO, Senior Deputy Director
ZACHARY A. DIETERT, Assistant Director

PAULINE STAMATELOS, Trial Attorney (NYRN 4351649)
United States Department of Justice
Civil Division, Consumer Protection Branch
450 5th Street, NW, Suite 6400-S
Washington, D.C. 20530
Telephone: (202) 353-7744
Email: pauline.a.stamatelos@usdoj.gov

ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division

EKTA DHARIA (NYRN 5219860)
Assistant United States Attorney
450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-7276
Fax: (415) 436-6748
Email: ekta.dharia@usdoj.gov

Attorneys for Plaintiff United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LYFT, INC., a corporation,<br><br>Defendant. | Case No.: 24-cv-7443<br><br>**JOINT MOTION FOR ENTRY OF PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION, CIVIL PENALTY, JUDGMENT, AND OTHER RELIEF** |

Plaintiff, the United States of America, and Defendant, Lyft Inc. (herein, "the Parties"), have resolved all issues in this matter by the Proposed Stipulated Order for Permanent Injunction, Civil Penalty, Judgment, and Other Relief, attached as Exhibit A ("Stipulated Proposed Order"), signed at

pages 11 through 14. The Parties submit that good cause exists for the Court to enter the Stipulated Proposed Order. Specifically, the Proposed Stipulated Order will provide just relief on the allegations in the Complaint, including appropriate safeguards to prevent future violations of the Federal Trade Commission Act, 15 U.S.C. § 41 *et seq.* Defendant Lyft, Inc., neither admits nor denies the allegations in the Complaint but supports entry of the Stipulated Proposed Order to avoid the time and expense of litigation. A statement by the Federal Trade Commission setting forth its reasons for settlement is attached as Exhibit B.

In light of this agreed-upon resolution of this action, the Parties respectfully request that the Court enter the Stipulated Proposed Order.

Dated: October 25, 2024

Respectfully submitted,

FOR DEFENDANT:

*/s/ Christopher Olsen*
CHRISTOPHER OLSEN
Wilson Sonsini Goodrich & Rosati 1700 K Street, NW
Washington, D.C. 20006
(202) 973-8803
colsen@wagr.com

Kelly Singleton
Wilson Sonsini Goodrich & Rosati 1700 K Street, NW
Washington, D.C. 20006
(202) 973-8840

FOR THE UNITED STATES OF AMERICA:

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
BURDEN H. WALKER
Acting Deputy Assistant Attorney General

AMANDA N. LISKAMM
Director
LISA K. HSIAO
Senior Deputy Director, Civil Litigation
ZACHARY A. DIETERT
Assistant Director
Consumer Protection Branch


*/s/ Pauline Stamatelos*

PAULINE STAMATELOS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 5th Street, N.W.

Joint Motion for Entry of Proposed Stipulated Order
Case No. 24-cv-7443

|   |   |
|---|---|
| 1 | Sixth Floor, South |
| 2 | Washington, D.C. 20001 |
|   | (202) 353-7744 |
|   | Pauline.A.Stamatelos@usdoj.gov |

ISMAIL J. RAMSEY
United States Attorney

*/s/ Ekta Dharia\**
EKTA DHARIA
Assistant United States Attorney
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7276
Fax: (415) 436-6748
Email: ekta.dharia@usdoj.gov

Of Counsel:

KERRY O'BRIEN
Regional Director
Western Region San Francisco

EMILY COPE BURTON
Assistant Regional Director
Western Region San Francisco

EVAN ROSE (CABN 253478)
ABDIEL T. LEWIS (CABN 339339)
Attorneys
Federal Trade Commission
Western Region San Francisco
90 Seventh St., Suite 14-300
San Francisco, CA 94103
Phone: (415) 848-5100
Email: erose@ftc.gov, alewis4@ftc.gov

*In compliance with Civil L.R. 5-1(i)(3), the filer of this document attests under penalty of perjury that each of the other Signatories has concurred in the filing of this document.

Joint Motion for Entry of Proposed Stipulated Order
Case No. 24-cv-7443

3